IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

FRANK ROBERTS, III,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No.  5D23-1129
LT Case No. 2006-CF-14879-A

_____/

Decision filed May 23, 2023

3.800 Appeal from the Circuit Court
for Brevard County,
Charles G. Crawford, Judge.

Frank Roberts, III, Century, pro se.

Ashley Moody, Attorney General,
Tallahassee, Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

MAKAR, JAY and PRATT, JJ., concur.